The Honorable Robert S. Lasnik

FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 19 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,             )   NO. CR11-411 RAJ
                                      )
                      Plaintiff,      )   **INFORMATION**
                                      )
              v.                      )
                                      )
BOBBY BARNARD BEASLEY,                )
                                      )
                      Defendant.      )

The United States Attorney charges that:

### COUNT ONE

### (Possession of Marijuana with Intent to Distribute)

On or about March 11, 2011, at King County, within the Western District of Washington, BOBBY BARNARD BEASLEY, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a substance controlled under Schedule I, Title 21, United States Code, Section 812.

///

///

///

///

11-CR-00411-RPT

INFORMATION/Beasley - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

All in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(D) and 846.

DATED this /6✠ day of December, 2011.

JENNY A. DURKAN
United States Attorney

JILL OTAKE
Assistant United States Attorney

VINCENT T. LOMBARDI
Assistant United States Attorney