JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBY BEASLEY,<br><br>Defendant. | NO. CR 08-134 RSL<br>CR 11-411 RSL<br><br>SUPPLEMENT TO DEFENDANT'S<br>SENTENCING MEMORANDUM |

The Defendant, Bobby Beasley, through is attorney Nancy Tenney, Assistant Federal Public Defender, hereby submits the attached statement of defendant in support of Defendant's Sentencing Memorandum.

DATED this 19th day of April, 2012.

Respectfully submitted,

s/ *Nancy Tenney*
Nancy Tenney, WSBA No. 35304
Attorney for Bobby Beasley
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA  98101
206/553-1100
206/553-0120
nancy_tenney@fd.org

SUPPLEMENT TO DEFENDANT'S
SENTENCING MEMORANDUM - 1

(Bobby Beasley; CR08-134RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Vincent Lombardi, Assistant United States Attorney

I also certify that I e-mailed the document to non-CM/ECF participant: United States Probation Officer Andrew J. Lorenzen.

s/ *Charlotte Ponikvar*
Charlotte Ponikvar, Paralegal
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA 98101
206/553-1100 phone
206/553-0120 fax
Charlotte_Ponikvar@fd.org

SUPPLEMENT TO DEFENDANT'S
SENTENCING MEMORANDUM - 2

(Bobby Beasley; CR08-134RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100

# SUPPLEMENT

Dear Honorable Judge Lasnik,

    I know I've wrote you already twice before, but I needed to do it again for you to really understand me and again today to give you a little more insight about me, myself and the person standing before you again for sentencing. Even though I'm pretty sure you're gonna be upset with for me being before you again, for the 2nd time and period point blank, but I have to get everything off my mind of what I need to say to you. I also pretty much know how and the way things are gonna go as far as my sentencing is gonna go. I think . . . to my understanding it's not at all good to talk to you in court about charges, new charges or anything that has to do with that and those type of things so I'm not going to. I just wanted to let you know this, despite my mistakes, I am a very smart, good and honest young man. I'm not perfect, far from it. I've made a lot of bad, wrong, dumb and stupid moves in my young life. I know that and will admit plus take my responsibilities for my actions when the time comes. I may be guilty of and for a lot of things I've done in the past, but at the same time, some I'm not. I'm not saying this to try to take anything back or anything. I'm just saying this because of the picture some people are trying to paint of me. My P.O. Andrew Lorenzen and Vince Lombardi mostly, but I'm not that person. Sometimes I really feel like they got it out for me, but in the end, I'll do what I gotta do to stay strong and positive and I promise to God I will one day soon prove those wrong, who don't believe.

    Nobody knows abut the hard life I've seen and went through, but me. I'm not using that as a excuse or trying to make one because none of it is, but for people to try and do so judge a book by its cover is wrong and is just doing that. Judging me. Everybody or most of that don't even know you or should I say me can say and talk about all the bad things they think you've, I done in life, but always fail to mention and realize the good things you've/I've done. I'm not at all that same kid you saw in 2008 and believe me I've learned my lesson. I got, have a lot of family, kids, my two, and people that love me out there and that really need me out there. I know I've let a lot down for and with my selfishness, by being back in this situation and to you and them I just wanna tell you I'm very sorry, sir. I just not only ask for God's, my family's and everybody else's forgiveness, but for your's also because when it's all said and done, God and you are the only ones who can and will, will and can judge me. Thank you very much for hearing me out again and whatever your judgment is, I have no choice but to accept. I just wanted you to hear me out again and I hope in somehow, someway you also understand me, forgive me and judge me the best you feel you can.

                                                      Sincerely,
                                                    Bobby Beasley


3RD LETTER

Dear Honorable Judge Lasnik,

I know I've wrote you already twice before, but I needed to do it again for you to really understand me and again today to give you a little more insight about me, myself = the person standing before you again before sentencing. Even though I'm pretty sure your gonna be upset with = for me being before you again, for the 2nd time = period point, blank, but I have to get everything off my mind of what I need to say to you. I also pretty much know now = the way things are gonna go as far as my sentencing is gonna go "I THINK"... To my understanding it's not at all good to talk to you in court about charges, new charges or anything that has to do with that = those type of things so I'm not going to. I just wanted to let you know this, despite my mistakes, I am a very smart, good = honest youngman. I'm not perfect, far from it. I've made alot of bad, wrong, dumb = stupid choices in my young life, I know this = will admit plus take my responsability for my actions when the/that time comes. I maybe guilty of = for alot of things I've done in the past, but at the sametime, some I'm not. I'm not saying this to try to take anything back or nothing, I'm just saying this because of the picture some people are trying to paint of me. My P.O. Andrew Lorenzen and Vince Lombardi mostly, but I'm not that person. Sometimes I really feel like they got it out for me, but in the end, I'ma do what I gotta do to stay strong = positive and I promise to GOD I will one day soon prove those wrong, who don't believe.
→ BACK

Nobody knows about the hard life I've been & went through but He. I'm not using that as a excuse or trying to make one, because none of it is, but for people to try & do so judge a book by its cover is wrong & is just doing that. Judging me. Everybody or most of that don't even know you or should I say me can say & talk about all the bad things they think you've, I done in life, but always fail to me mention & realize the good things you've/I've done. I'm not at all that same kid you met in 2008 and believe me I've learned my lesson. I got-have alot of family, kids-my two & people that love me out there & that really need me out there. I know I've let alot down for & with my selfishness, by being back in this situation & to you & them I just wanna tell you I'm very sorry SIR. I just not only ask for GODS, my family & everybody else forgiveness, but for yours also because when its all said & done, GOD & you are the only ones who can & will, will & can judge me. THANK YOU very much for hearing me out again & whatever your judgement is I have no choice but to accept. I just wanted you to hear me out again & I hope in somehow, someway you also understand me, forgive me & judge me the best you feel you can.

SINCERLY
Bobby Bradley