Bobby Beasley
14200 Linden Ave N Apt. # 403A
Seattle, WA 98133
July 29, 2015



The Honorable Robert S. Lasnik
United States Courthouse
700 Stewart St. Suite, 15128
Seattle, WA 98101-9906

Dear The Honorable Robert S. Lasnik:

My name is Bobby Beasley and I am writing this letter to you in regards to requesting an Early Termination of Federal Probation. I'm choosing to contact you because I believe that I have failed to receive adequate assistance and resources from other authority figures.

RE: Case # 2008-CR08-134 / Case # 2011-cr11-411

For the past 21 months or so I've been unrestricted and it has been a complete turnaround for my life, and I am forever grateful. Please read the list of accomplishments:

1. Graduated with a Certificate of Completion from Seattle Vocational Institute's Pre-Apprenticeship Construction Program (PACT).
2. Actively participating with all meetings and appointments with my Mental Health Counselor.
3. Received a Certificate of Attendance and Completion from the Department of Corrections' Cognitive Behavioral Change Program, **Thinking of Change (T4C)**.
4. Successfully and confidently passed each Urinalysis Test scheduled.
5. In full Compliance with my Probation Officer.
6. Successfully Completed appointed Community Service Hours.
7. Obtained my driver's license.
8. Have a Part-time, on- call job as a Security Officer.

With this all being taken in consideration, I feel my life is on the right path. I take pride in my accomplishments and forever grateful for everyone that has come into my life to make this possible. The lesson has been learned, taught, and respected. I am thankful for another chance to turn my life around. For now on, I consider my kids, family, friends, counselors, and the community before making impulsive decisions that will detour me back into my old ways, never again. I am better than that. My support group at Seattle Vocational Institute is now helping me get into the Construction Field of choice. I will be a proud working citizen who will give back to the community and mentor youths to show that they too have a choice to stay on the right path.

If you could find it in your heart to grant my request for "Early Termination" of my Probation, I promise I will not let you down. For any reason, my request is not granted; for one, I highly respect your decision. I would

The Honorable Robert S. Lasnik
July 29, 2015
Page 2

just like to request that I be assigned another Probation Officer. My Probation Officer Martin Williams and I have yet to see eye to eye. He makes me feel as if he does not support my change, belittles me as a man, and *DOES NOT* have my best interest at heart. He acts as if he wants me to fail, even though I am in complete compliance. Mr. Williams has a negative impact on my life and I refuse to allow him to distract me from moving forward.

Sometime ago in 2011, we had a conversation and you mentioned that if I did well for 18 months, to contact you. I have passed and prospered for over 18 months and I am in high hopes that I still have that opportunity. I hope that my accomplishments has pleased you. I have attached all pertinent information for your viewing.

Thanking you for your time, for I know how busy you are.

Sincerely,

Bobby Beasley
Enclosures