1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

UNITED STATES OF AMERICA,

8

Plaintiff(s),

9

vs.

No. CR11-411RSL

MINUTE ORDER

10

BOBBY BEASLEY,

11

Defendant(s).

12

    The following Minute Order is made and entered on the docket at the direction of the

13

HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

14

    A hearing on Defendant's Motion For Early Termination of Federal Probation (Dkt. # 20) has

15

been scheduled for **Friday, October 16, 2015 at 10:00 a.m.** in courtroom 15106 before the Honorable

16

Robert S. Lasnik, United States District Court Judge.

17
18
19

    DATED this 28th day of September, 2015.

20
21
22

/s/Kerry Simonds
by Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

23

Copy to the Court
and Counsel

24
25
26

MINUTE ORDER