JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR11-411RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION FOR EARLY TERMINATEION OF SUPERVISED RELEASE |
| BOBBY BEASLEY, | ) | |
| Defendant. | ) | |

This matter has come before the Court on the defendant's motion to terminate the remaining period of supervised release. In accordance with the Court's Order of October 16, 2015, that Mr. Beasley read "Between the World and Me" by Ta-Nehisi Coates and report back to the Court by December 12, 2015, the defendant having provided to the Court his report, and the Court's review of the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a),

IT IS NOW ORDERED that Mr. Beasley's term of supervised release be terminated pursuant to 18 U.S.C. § 3564(c).

DONE this 21st day of December, 2015.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(*Bobby Beasley*, CR11-00411RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  Presented by:
2
   s/ *Nancy Tenney*
3  Assistant Federal Public Defender
   Attorney for Bobby Beasley
4  Office of the Federal Public Defender
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(*Bobby Beasley*, CR11-00411RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**